**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

No. 99-2435

───────────

WILLIAM E. FLANIGAN,

Plaintiff - Appellant,

versus

KENNETH S. APFEL, COMMISSIONER OF SOCIAL SECURITY,

Defendant - Appellee.

───────────

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Susan K. Gauvey, Magistrate Judge.  (CA-98-2344-H)

───────────

Submitted:  March 31, 2000                Decided:  May 1, 2000

───────────

Before TRAXLER and KING, Circuit Judges, and BUTZNER, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Paul R. Schlitz, Jr., JENKINS, BLOCK & ASSOCIATES, P.C., Baltimore, Maryland, for Appellant.  Lynne A. Battaglia, United States Attorney, Allen F. Loucks, Assistant United States Attorney, Baltimore, Maryland; Arthur J. Fried, General Counsel, Charlotte Hardnett, Principal Deputy General Counsel, John M. Sacchetti, Associate General Counsel, Meeka M. Savage, Office of General Counsel, SOCIAL SECURITY ADMINISTRATION, Baltimore, Maryland, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William E. Flanigan appeals the magistrate judge's[*] order upholding the final administrative decision denying Flanigan's application for disability insurance benefits and supplemental security income.  We have reviewed the record and opinion of the magistrate judge and find no reversible error.  Accordingly, we affirm on the reasoning of the magistrate judge.  See Flanigan v. Apfel, No. CA-98-2344-H (D. Md. Sept. 14, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The parties consented to the jurisdiction of the magistrate judge.  See 28 U.S.C. § 636(c) (West 1994 & Supp. 1999).

2